IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TAMEEKA JACKSON, PERSONAL REPRESENTATIVE
OF THE ESTATE OF SHAWN DEMONT JACKSON,

    Plaintiff,

v.                                        Case No. 3:24-cv-00528-RCY-MRC

SCHOOL BOARD FOR THE CITY OF
RICHMOND, VIRGINIA, *et al*.,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL AS
## TO DEFENDANTS JASON KAMRAS, ROBERT GILSTRAP
## AND KEVIN OLDS ONLY AND PROPOSED ORDER

Plaintiff Tameeka Jackson, Personal Representative of the Estate of Shawn Demont Jackson, and Defendants School Board for the City of Richmond, Virginia, Jason Kamras, Kevin Olds, Robert Gilstrap and Monique Harris, by and through their undersigned counsel, and, being all of the parties in this matter, jointly stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Defendants Jason Kamras, Robert Gilstrap and Kevin Olds, and each and every count and claim asserted therein against these Defendants only, be dismissed with prejudice, each party to bear their own costs, expenses and fees. This dismissal does not apply to the remaining Defendants the School Board for the City of Richmond, Virginia and Monique Harris.

Respectfully submitted this 26th day of February 2025.

/s/ Joseph S. Massie, III
_____
Joseph S. Massie, III esq. (VSB No. 35472)
JMassie@MassieLawFirm.com
THE MASSIE LAW FIRM
115 N. 1st Street, Suite 100

Richmond, VA 23219
(804) 644-4878 (Phone)
(804) 644-4874 (Facsimile)
and

/s/ Brian K. Telfair
_____
Brian K. Telfair, Esq. (VSB No. 40516)
Brian@TheTelfairLawFirm.com
THE TELFAIR LAW FIRM
4719 Nine Mile Road
Richmond, VA 23223
(804) 326-4474 (Phone)
(804) 597-2364 (Facsimile)

and

/s/ Raymond L. Palmer
_____
Raymond L. Palmer, Esq. (VSB No. 20687)
rlp@RaymondLPalmer.com
PALMER LAW FIRM
Twin Rivers Building
5833 Richmond Tappahannock Highway
Suite 104A
Aylett, VA 23009
(804) 769-9600 (Phone)
(804) 769-2999 (Facsimile)

*Counsel for Tameeka Jackson, Personal Representative for the Estate of Renzo R. Smith*

/s/ David P. Corrigan
_____
David P. Corrigan, Esq. (VSB No. 26341)
dcorrigan@hccw.com
Blaire O'Brien, Esq (VSB No. 83961)
bobrien@hccw.com
Brian Ettari, Esq. (VSB No. 98800)
bettari@hccw.com
Harman Claytor
PO Box 70280
4951 Lake Brook Dr., Ste 100
Glen Allen, VA 23255
Phone: 804-747-5200
Fax: 804-747-6085
*Counsel for the Defendants School Board for the City of Richmond, Virginia, Jason Kamras, and Kevin Olds*

/s/ Julian F. Harf
_____
Julian F. Harf, Esq. (VSB No. 90775)
jharf@spilmanlaw.com
Spilman Thomas & Battle, PLLC
310 First Street, Suite 1100 (ZIP 24011)
Post Office Box 90
Roanoke, VA 24002-0090
Phone: 540-512-1800
Fax: 540-342-4480
*Counsel for Defendant Robert Gilstrap*


/s/ Johneal M. White
_____
Johneal M. White, Esq. (VSB No. 74251)
jwhite@glenrob.com
Glenn Robinson Cathey Skaff & White
Fulton Motor Lofts
400 Salem Ave, S.W. Suite 100
Roanoke, VA 24016
Phone: 540-767-2206
Fax: 540-767-2220
*Counsel for Defendant Monique Harris*

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TAMEEKA JACKSON, PERSONAL REPRESENTATIVE
OF THE ESTATE OF SHAWN DEMONT JACKSON,

    Plaintiff,

v.                                                                        Case No. 3:24-cv-00528-RCY-MRC

SCHOOL BOARD FOR THE CITY OF
RICHMOND, VIRGINIA, *et al*.,

    Defendants.
_____/

## **PROPOSED ORDER**

Based on the parties' stipulation to dismiss Defendants Jason Kamras, Robert Gilstrap and Kevin Olds with prejudice, IT IS SO ORDERED that the Clerk of the Court is directed to dismiss Defendants Jason Kamras, Robert Gilstrap and Kevin Olds only, with prejudice. This dismissal does not apply to Defendants the School Board for the City of Richmond, Virginia and Monique Harris. Each party shall bear its own costs, expenses and fees.

IT IS SO ORDERED.

Dated: _____, 2025         By:_____
                                                                                     Hon. Roderick C. Young
                                                                                     United States District Judge