IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |  |
|---|---|---|
| TAMEEKA JACKSON, *Personal Representative of the Estate of Shawn Demont Jackson*,<br>Plaintiff,<br><br>v.<br><br>SCHOOL BOARD FOR THE CITY OF RICHMOND, VIRGINIA, *et al.*,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:24CV528 (RCY) |

**ORDER**

This matter is before the Court on Defendant Gilstrap's Motion to Dismiss (ECF No. 60). In light of the Joint Stipulation of Dismissal as to Defendants Jason Kamras, Robert Gilstrap, and Kevin Olds that was filed on February 26, 2025, ECF No. 101, and those Defendants' consequent dismissal from the action, the Court DENIES Defendant Gilstrap's Motion to Dismiss as MOOT.[1]

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.


Date: <u>March 3, 2025</u>                          /s/ *RCY*
Richmond, Virginia                          Roderick C. Young
                                            United States District Judge

---

[1] Although Defendants Kamras and Olds also filed a Motion to Dismiss, ECF No. 63, and they likewise were included in and dismissed pursuant to the Joint Stipulation of Dismissal, the Court will not dismiss their Motion to Dismiss as moot, because it was joined by Defendant School Board for the City of Richmond, who is still a party in this case.