IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TAMEEKA JACKSON, *Personal* )
*Representative of the Estate of Shawn* )
*Demont Jackson*, )
                 Plaintiff, )
)
      v. )               Civil Action No. 3:24CV528 (RCY)
)
SCHOOL BOARD FOR THE CITY OF )
RICHMOND, VIRGINIA, *et al.*, )
                Defendants. )

**ORDER**

This matter is before the Court on Defendant Harris's Motion to Dismiss (ECF No. 57), Defendant School Board for the City of Richmond, Virginia's ("the School Board") Motion to Dismiss (ECF No. 63), Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF No. 93), and Plaintiff's Motion for Leave (ECF No. 82). For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS Defendant Harris's Motion to Dismiss (ECF No. 57), GRANTS the School Board's Motion to Dismiss (ECF No. 63), and DENIES Plaintiff's Motion to Amend (ECF No. 57). Specifically, the Court ORDERS as follows:

       1. Counts I and II are DISMISSED WITH PREJUDICE; and

       2. Count III is DISMISSED WITHOUT PREJUDICE;

In light of the Court's ruling on the foregoing Motions, the Court DENIES Plaintiff's Motion for Leave (ECF No. 82) as MOOT. This case is now CLOSED.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

                                    _____/s/_____

Date: <u>July 18, 2025</u>                    Roderick C. Young
Richmond, Virginia               United States District Judge